IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GREEN JACKET AUCTIONS, INC.; and )
RYAN CAREY, on behalf of GREEN )
JACKET AUCTIONS, INC., )
 )
      Plaintiffs, )
 )
    v. )      CV 118-008
 )
AUGUSTA NATIONAL, INC., )
 )
      Defendant. )

## SCHEDULING ORDER

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadlines[1]:

| | |
|---|---|
| DATE ISSUE JOINED | January 23, 2018 |
| DATE OF RULE 26(f) CONFERENCE | March 5, 2018 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | May 11, 2018 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFFS | September 4, 2018 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY DEFENDANT | November 5, 2018 |
| CLOSE OF DISCOVERY | December 17, 2018 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | January 18, 2019 |

The Court hereby incorporates as if fully set forth herein the parties' agreement regarding: (1) the preservation, disclosure, or discovery of electronically stored information; (2) the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material; and (3) the confidentiality order and discovery produced for the companion lawsuit. (Doc. no. 11, ¶¶ 9-11.)

SO ORDERED this 30th day of March, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff requests the Court to stay discovery pending the Court's ruling on its motion to dismiss. (Doc. no. 11, ¶ 6.) For the reasons stated by Defendant in its portion of the Report, the Court **DENIES** the request for a stay. (Id.)